UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
              - v. -                       :    CONSENT PRELIMINARY ORDER
                                                  OF FORFEITURE/
CHANEAH NEWTON,               :    MONEY JUDGMENT

:    25 Cr. 303 (VSB)
          Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, on or about July 2, 2025, CHANEAH NEWTON (the "Defendant"), was charged in a three-count Information, 25 Cr. _____ (VSB) (the "Information"), with theft of government funds, in violation of Title 18, United States Code, Sections 641 and 2 ("Count One"); conspiracy to commit marriage fraud, in violation of Title 18, United States Code, Section 371; and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 ("Count Three");

    WHEREAS, the Information included forfeiture allegations as to Counts One and Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Three of the Information, including, but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Three of the Information;

    WHEREAS, on or about July 2, 2025, the Defendant pled guilty to Counts One and Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One and Three of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money equal to

$522,425.48 in United States currency, $501,592.48 of which represents the proceeds traceable to the commission of the offense charged in Count One of the Information and $20,833 of which represents the proceeds traceable to the commission of the offense charged in Count Three of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $522,425.48 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Special Assistant United States Attorney Daniel K. Roque, of counsel, and the Defendant and her counsel, Mitchell Schwartz, Esq., that:

1. As a result of the offenses charged in Counts One and Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $522,425.48 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, and shall

be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

      3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

      4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

      5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

      6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

      7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          7/2/25
    DANIEL K. ROQUE                          DATE
    Special Assistant United States Attorney
    26 Federal Plaza, 37th Floor
    New York, NY 10278
    (212) 637-1946

CHANEAH NEWTON

By: _____          7/2/25
    CHANEAH NEWTON                           DATE

By: _____          7/2/25
    MITCHELL SCHWARTZ, ESQ.                  DATE
    Attorney for Defendant
    52 Duane Street, 10th Floor
    New York, New York 10007

SO ORDERED:

_____              7/2/25
HONORABLE VERNON S. BRODERICK               DATE
UNITED STATES DISTRICT JUDGE