**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF & EMAIL**

September 25, 2025

Hon. Vernon S. Broderick
District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: United States v. Chaneah Newton, 25-CR-303 (VSB)

Dear Judge Broderick:

  The Defense writes to request a continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. The continuance is needed as the final presentence report has yet to be disclosed. Additionally, the Defense needs additional time to collect necessary documents for the sentencing hearing and the forthcoming sentencing submission.

  The current sentencing date is scheduled for October 9, 2025. There have been no previous requests for adjournment of sentencing. Undersigned counsel has communicated with the government, and they do not oppose this request.

  The dates of November 17, 18, 20, and 21 work for both parties for the rescheduling of the sentencing date, with the respective submissions adjusted to conform with the Court's Individual Practices.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defenders
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: September 26, 2025

The sentencing is adjourned to December 5, 2025 at 11:30 a.m.